UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 11-20112-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CIRO MARTINEZ,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND THE PARTIES JOINT AGREEMENT AS TO RESTITUTION

**THIS CAUSE** came before the Court upon the Report and Recommendation on the Parties Joint Stipulation as to Restitution Amount, (D.E. 348).

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman United States Magistrate Judge on August 18, 2011. The Court conducted a _de novo_ review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Goodman's Report and Recommendation and the Parties Joint Agreement is hereby **ADOPTED** in its entirety. it is further

**ORDERED AND ADJUDGED** that Defendant, Ciro Martinez, is liable for restitution in the amounts as set forth in the Joint Restitution Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of October, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Sean McLaughlin, AUSA
        David Joffe, Esq.
        Henry Bell, Esq.
        Robert Amsel, Esq.
        Sara Garcia, USPO
        Clerk of Court (Financial Section)